Jonathan M. Genish (State Bar No. 259031)
jgenish@blackstonepc.com
Matthew W. Dietz (State Bar No. 274665)
mdietz@blackstonepc.com
Jill J. Parker (State Bar No. 274230)
jparker@blackstonepc.com
BLACKSTONE LAW, APC
8383 Wilshire Boulevard, Suite 745
Beverly Hills, California 90211
Telephone: (310) 622-4278

Attorneys for Plaintiff
and the Putative Class

**UNITED STATES DISTRICT COURT**

**CENTRAL DISTRICT OF CALIFORNIA**

| | |
|---|---|
| KAREN HARTSTEIN, in her representative capacity and on behalf of herself and all others similarly situated,<br><br>Plaintiff,<br><br>v.<br><br>HYATT CORPORATION, a Delaware corporation doing business in California; and DOES 1 through 100, inclusive.<br><br>Defendant. | Case No.   2:20-cv-4874-DSF-JPR<br><br>***DISCOVERY MATTER***<br><br>[~~PROPOSED~~] PROTECTIVE ORDER<br><br>Complaint Filed: April 24, 2020<br>Trial Date:  March 8, 2022 |

///

1

## **ORDER ON STIPULATION**

2   Based upon the Parties' stipulation and good cause appearing, the Court

3   hereby ENTERS the Stipulated Protective Order as set forth.

4
**IT IS SO ORDERED.**

5

6
DATED: 11/25/20                    By:  /S/ Jean P. Rosenbluth
7                                           Honorable Jean P. Rosenbluth
                                            United States Magistrate Judge
8

9

10

11

12

13

14

15

16

17

18

19

20

21

22

23

24

25

26

27

28