# UNITED STATES DISTRICT COURT
# CENTRAL DISTRICT OF CALIFORNIA

| | |
|---|---|
| KAREN HARTSTEIN,<br>    Plaintiff, | CV 20-4874 DSF (JPRx) |
| v. | JUDGMENT |
| HYATT CORPORATION,<br>    Defendant. | |

The Court having granted Defendant's motion for summary judgment,

IT IS ORDERED AND ADJUDGED that Plaintiffs take nothing, that the action be dismissed with prejudice, and that Defendant recover costs of suit pursuant to a bill of costs filed in accordance with 28 U.S.C. § 1920.

Date: February 14, 2022

_____
Dale S. Fischer
United States District Judge