JS-6

# UNITED STATES DISTRICT COURT
# CENTRAL DISTRICT OF CALIFORNIA

| | |
|---|---|
| KAREN HARTSTEIN, in her representative capacity and on behalf of herself and all others similarly situated,<br><br>Plaintiff,<br><br>v.<br><br>HYATT CORPORATION, a Delaware corporation doing business in California; and DOES 1 through 100, inclusive.<br><br>Defendants. | Case No.: 2:20-cv-4874-DSF-JPR<br><br>Honorable Dale S. Fischer, United States District Judge<br><br>**ORDER APPROVING JOINT STIPULATION TO REMAND FOR SETTLEMENT APPROVAL PURPOSES ONLY**<br><br>Complaint Filed:  April 24, 2020<br>FAC Filed:  January 4, 2021<br>Trial Date:  vacated |

On June 6, 2025, the Parties to the above-referenced action filed a Joint Stipulation to Remand for Settlement Approval Purposes Only (the "Stipulation"). The Court, having reviewed the Stipulation, and good cause appearing, orders as follows:

1. The Parties' Stipulation is approved;
2. The Central District of California Case Number 2:20-cv-4874-DSF-JPR entitled *Karen Hartstein v. Hyatt Corporation* is hereby remanded to the Superior Court of California, County of Los Angeles for settlement approval purposes only.

IT IS SO ORDERED.

Date: June 6, 2025

_____
Honorable Dale S. Fischer
United States District Judge